UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CLIFTON M. LEWIS,** | ) | NO. EDCV 09-01938-MAN |
| | ) | |
|       **Plaintiff,** | ) | |
| | ) | **JUDGMENT** |
|     v. | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
|       **Defendant.** | ) | |
| _____ | ) | |

    Pursuant to the Court's Memorandum Opinion and Order,

    It IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the matter is remanded for the immediate calculation and payment of benefits in accordance with the Memorandum Opinion and Order filed concurrently herewith.

DATED: September 14, 2010

                                         */s/ Margaret A. Nagle*
                                         MARGARET A. NAGLE
                                       UNITED STATES MAGISTRATE JUDGE